| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |

| | | |
|---|---|---|
| ROBERT JOHNSON, | | Case No. 3:20-cv-00179-MMD-WGC |
| | Plaintiff | **ORDER** |
| v. | | |
| ELY STATE PRISON DENTAL EMPLOYEES, *et al.,* | | |
| | Defendants | |

## I. DISCUSSION

On March 24, 2020, this Court ordered Plaintiff to file either a fully complete application to proceed in forma pauperis, with complete financial attachments, or pay the full $400 filing fee, within sixty days from the date of that order. (ECF No. 3). Following that order, and upon further review of Plaintiff's filing at ECF No. 1-1, the Court has determined that on March 20, 2020, Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections ("NDOC"), filed an administrative claim form at ECF No. 1-1. <u>Plaintiff has not filed a complaint</u>.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff until **Friday, May 22, 2020** to submit a complaint to this Court.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint to this Court no later than **Friday, May 22, 2020**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court will also send Plaintiff a copy of his administrative claim form. (ECF No. 1-1).

/ / /

/ / /

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: March 31, 2020

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE